# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McCurn, Neal P. | U.S. District Court N.D.N.Y. | 06/30/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 7365<br>100 S Clinton Street<br>Syracuse, NY 13261 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 JUL -7 A 9: 58
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | N.Y. State Employees Retirement System | $2,793.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Catholic Relief Services Annuity $847 |
| 2. 2009 | Catholic Church Ext. Society $722 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage A/Cs Sts Bds Wells Fargo | | | | | | | | | |
| 2. AT&T | B | Dividend | K | T | | | | | |
| 3. Amer Electric Power | B | Dividend | K | T | | | | | |
| 4. Heinz HJ | A | Dividend | J | T | | | | | |
| 5. Intl Business Machines | A | Dividend | K | T | | | | | |
| 6. Valero Energy Corp | A | Dividend | J | T | | | | | |
| 7. Verizon Comm | A | Dividend | K | T | | | | | |
| 8. YUM Brands | A | Dividend | J | T | | | | | |
| 9. Franklin NY T/F Income | B | Interest | | | Sold | 03/06/09 | M | | market |
| 10. Franklin NY T/F Income | B | Interest | | | Sold | 3/06/09 | L | | market |
| 11. NYS Dorm 4% 7/1/09 | A | Interest | | | Redeemed | 07/01/09 | J | | market |
| 12. SC Pub 4.25% 1/1/15 | A | Interest | | | Sold | 10/08/09 | J | | market |
| 13. Biotech Holders Tr | | None | K | T | Redeemed (part) | 04/30/09 | K | E | market |
| 14. Fairport Communications (Y) | | | | | | | | | |
| 15. Kansas City 0% 3/1/09 | | None | | | Redeemed | 03/02/09 | K | | market |
| 16. Long Island 0% 12/1/11 | | None | K | T | | | | | |
| 17. Long Island 0% 6/1/19 | | None | | | Sold | 03/31/09 | K | | market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Long Island 0% 6/1/15 | | None | K | T | | | | | |
| 19. Corning | A | Dividend | K | T | | | | | |
| 20. Corning | A | Dividend | K | T | | | | | |
| 21. Franklin Temp Mut Disc | A | Dividend | L | T | | | | | |
| 22. NYS Dorm 3.5% 7/1/16 | A | Interest | J | T | | | | | |
| 23. NYS Dorm 3.25% 7/1/14 | A | Interest | K | T | | | | | |
| 24. NYS Dorm 5% 3/15/13 | A | Int./Div. | K | T | Buy | 03/31/09 | K | | market |
| 25. NYS Dorm 5% 3/15/32 | B | Interest | | | Buy | 02/25/09 | L | | market |
| 26. NYS Dorm 5% 3/15/32 | | None | | | Sold | 03/06/09 | K | | market |
| 27. FL St PWR 4% 10/1/15 | B | Interest | L | T | Buy | 03/06/09 | L | | maeket |
| 28. NYC WTR 4.75% 6/15/33 | A | Interest | K | T | Buy | 10/14/09 | K | | market |
| 29. NYC WTR 5% 6/15/34 | A | Interest | K | T | Buy | 06/22/09 | K | | market |
| 30. Southampton 4%12/15/25 | A | Interest | J | T | Buy | 10/15/09 | J | | market |
| 31. NC 4% 1/1/18 | A | Interest | | | Buy | 06/30/09 | K | | market |
| 32. NC 4% 1/1/18 | | None | | | Sold | 10/08/09 | K | | market |
| 33. Lake Success NY 3%1/15/15 | B | Interest | M | T | Buy | 03/06/09 | M | | market |
| 34. Campbell Strategic | A | Interest | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Agilent Tech Inc (Y) | | | | | | | | | |
| 36. Stryker Corp | A | Dividend | K | T | | | | | |
| 37. Amer Fds Cap Wrld G&I | A | Dividend | J | T | | | | | |
| 38. EOG Resources | A | Dividend | K | T | | | | | |
| 39. First Busey Corp (Y) | | | | | | | | | |
| 40. Hewlett Packard | A | Dividend | K | T | | | | | |
| 41. Johnson & Johnson | A | Distribution | K | T | | | | | |
| 42. Eli Lilly | A | Dividend | J | T | | | | | |
| 43. Pfizer | A | Distribution | J | T | | | | | |
| 44. Vodafone Group | A | Dividend | J | T | | | | | |
| 45. Xerox | A | Dividend | J | T | | | | | |
| 46. Bank of America | | None | | | Sold | 01/29/09 | J | | market |
| 47. NYS Thruway 4.5 4/1/09 | A | Interest | | | Redeemed | 04/01/09 | K | | market |
| 48. NYS Envrnmt 4% 6/15/14 | A | Interest | K | T | | | | | |
| 49. MTA NY Trans 7/1/13 | | None | K | T | | | | | |
| 50. NYS LOC Gvt 4/1/13 | | None | J | T | | | | | |
| 51. NYS Gvt 4/1/14 | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 = More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Mass WTR 2% 8/1/11 | A | Interest | L | T | Buy | 03/06/09 | L | | market |
| 53. Norwalk CT 2% 7/1/12 | A | Interest | K | T | Buy | 03/06/09 | K | | market |
| 54. NYS Dorm 4% 12/15/16 | A | Interest | K | T | Buy | 03/31/09 | K | | market |
| 55. NY S Envrn 4.625% 6/15/33 | A | Interest | K | T | Buy | 10/14/09 | K | | market |
| 56. Sentinel Cap Mrks | B | Dividend | K | T | | | | | |
| 57. Finl Sector SPDR | A | Dividend | J | T | Buy | 01/29/09 | J | | market |
| 58. Intuitive Surgical Inc | | None | K | T | | | | | |
| 59. IRA Acct (Wells Fargo)Stks & Bnds listed below: | | | | | | | | | |
| 60. Boston Scientific (Y) | | | | | | | | | |
| 61. Eli Lilly | A | Dividend | J | T | | | | | |
| 62. Halliburton Co | A | Dividend | J | T | | | | | |
| 63. Medco Health (Y) | | | | | | | | | |
| 64. Pfizer | A | Dividend | K | T | Buy | 10/16/09 | J | | market |
| 65. Pfizer | | None | | | Buy (add'l) | 10/27/09 | K | | market |
| 66. Simon Property Grp | A | Dividend | K | T | Buy (add'l) | 03/18/09 | J | | market |
| 67. Simon Property Grp | | None | | | Buy (add'l) | 06/19/09 | J | | market |
| 68. Simon Property Grp | | None | | | Buy (add'l) | 09/18/09 | J | | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Simon Property Grp | | None | | | Buy (add'l) | 12/18/09 | J | | market |
| 70. UDR Inc | B | Dividend | K | T | Buy (add'l) | 02/02/09 | J | | market |
| 71. Wyeth | A | Dividend | | | Merged (with line 64) | 10/16/09 | K | E | market |
| 72. Amer Express CD 12/30/11 | B | Interest | K | T | | | | | |
| 73. Franklin T Mutual Disc | A | Dividend | K | T | | | | | |
| 74. Amer Fds-New Economy | A | Dividend | K | T | | | | | |
| 75. FNMA 4.5% 9/24/24 | | None | J | T | Buy | 09/14/09 | J | | market |
| 76. Individual Accounts held listed as follows: | | | | | | | | | |
| 77. US Savings Bonds | | None | K | T | | | | | |
| 78. Dreyfus Emerging Leaders | A | Dividend | K | T | | | | | |
| 79. Dreyfus MidCap Value | A | Dividend | L | T | Buy (add'l) | 07/27/09 | J | | market |
| 80. Dreyfus MidCap Value | | None | | | Buy (add'l) | 09/21/09 | J | | market |
| 81. Dreyfus MidCap Value | | None | | | Buy (add'l) | 11/10/09 | J | | market |
| 82. Dreyfus Appreciation | A | Dividend | K | T | Buy (add'l) | 04/03/09 | J | | market |
| 83. Dreyfus Appreciation | | None | | | Buy (add'l) | 04/30/09 | J | | market |
| 84. Dreyfus Appreciation | | None | | | Buy (add'l) | 07/01/09 | J | | market |
| 85. Dreyfus Appreciation | | None | | | Buy (add'l) | 08/18/09 | J | | market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dreyfus NY Tax Exempt | B | Dividend | K | T | Buy (add'l) | 01/01/09 | J | | market |
| 87. Dreyfus NY Tax Exempt | | None | | | Buy (add'l) | 04/06/09 | J | | market |
| 88. Dreyfus NY Tax Exempt | | None | | | Sold (part) | 07/14/09 | K | | market |
| 89. Dreyfus Stock Fund | A | Dividend | K | T | Buy (add'l) | 08/18/09 | J | | market |
| 90. Dreyfus Stock Fund | | None | | | Buy (add'l) | 11/03/09 | J | | market |
| 91. Dreyfus Stock Fund | | None | | | Buy (add'l) | 11/10/09 | J | | market |
| 92. Dreyfus Stock Fund | | None | | | Buy (add'l) | 12/08/09 | J | | market |
| 93. Dreyfus Short-Int Muni | A | Int./Div. | K | T | Buy | 05/05/09 | J | | market |
| 94. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 06/04/09 | J | | market |
| 95. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 06/22/09 | J | | market |
| 96. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 07/14/09 | K | | market |
| 97. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 07/27/09 | J | | market |
| 98. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 08/17/09 | J | | market |
| 99. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 09/08/09 | J | | market |
| 100. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 10/05/09 | J | | market |
| 101. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 11/10/09 | J | | market |
| 102. Dreyfus Short Int Muni | | None | | | Buy (add'l) | 12/04/09 | J | | market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Syracuse Police Fed Credit Union CDs & Base A/C | B | Interest | K | T | | | | | |
| 104. M&T Bank Syracuse Checking A/C | A | Interest | J | T | | | | | |
| 105. Metlife Bank & Money Mrk A/C | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 06/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Shares of Wyeth (Line 71) reorganized into shares of Pfizer (line 64)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

July 1, 2010

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544